PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| BRANDON CARL LOWE, ) | |
| ) | CASE NO.  5:22-CV-1126 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | |
| ) | **MEMORANDUM OF OPINION AND** |
| ) | **ORDER** |
| Defendant. ) | [Regarding ECF No. 12] |

On April 18, 2023, the assigned magistrate judge issued a Report and Recommendation suggesting that the Commissioner's decision denying Plaintiff's application for Supplemental Security Income ("SSI") be affirmed.  *See* ECF No. 12.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection.  28 U.S.C. § 636(b)(1)(C).  Parties must file any objections to a Report and Recommendation within fourteen days of service.  *Id.*; Fed. R. Civ. P. 72(b)(2).  Failure to object within this time waives a party's right to appeal the district court's judgment.  *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).  Absent objections, a district court may adopt a magistrate judge's report without review. *See Thomas*, 474 U.S. at 149.

In the instant case, objections to the Report and Recommendation were due by May 2, 2023.  None of the parties of have filed any objections.  Accordingly, the Court adopts the

(5:22-CV-1126)

Report and Recommendation.  ECF No. 12.  The Commissioner's decision denying Plaintiff

Supplemental Security Income is affirmed.


      IT IS SO ORDERED.


May 19, 2023                                         /s/ Benita Y. Pearson

Date                                                    Benita Y. Pearson

                                                   United States District Judge